UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

NOREEN SUSINNO,

        Plaintiff,

v.

WORK OUT WORLD, INC.,

        Defendant.

No. 3:15-cv-05881(PGS)(TJB)

**FINAL JUDGMENT**

---

This matter having been opened to the Court pursuant to Rule 68 of the Federal Rules of Civil Procedure and upon the tender of payment by Defendant Work Out World, Inc. ("Defendant") to Plaintiff Noreen Susinno's ("Plaintiff"), in the amount of $1,501.00, in full satisfaction of all of the claims Plaintiff asserted or could have asserted in this action, and for other good cause having been shown;

IT IS on this _____ day of _____ 2016

ORDERED AND ADJUDGED that **JUDGMENT** is entered in favor of Plaintiff and against Defendant in the sum of the $1501.00 deposited with the Clerk of Court; it is further

ORDERED AND ADJUDGED that Defendant is directed to deposit the judgment amount of $1,501.00 into the Court's Registry in accord with Local Rule 67.1; it is further

ORDERED AND ADJUDGED that the Court will enter the accompanying Stipulated Permanent Injunction in satisfaction of Plaintiff's claim for injunctive relief; it is further

ORDERED AND ADJUDGED that the Amended Complaint is **DISMISSED WITH PREJUDICE** pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure as there is no case or controversy permitting subject matter jurisdiction; it is further

ORDERED AND ADJUDGED that Defendant shall pay any reasonable costs allowable under law incurred by Plaintiff or her attorneys in this matter. Plaintiff shall file a Notice of Application to the Clerk to Tax Costs pursuant to the Local Rules to recover such costs within seven (7) days of the date of this Final Judgment; and it is further

ORDERED that the Clerk is directed to close this matter.

_____
HON. PETER G. SHERIDAN, U.S.D.J.