UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

NOREEN SUSINNO,

        Plaintiff,

v.

WORK OUT WORLD, INC.,

        Defendant.

No. 3:15-cv-05881(PGS)(TJB)

## STIPULATED PERMANENT INJUNCTION

**THIS MATTER** having been opened before the Court upon the entry of Final Judgment in favor of Plaintiff Noreen Susinno's (the "Plaintiff") and against Defendant Work Out World, Inc. (the "Defendant");

**THE COURT** having jurisdiction over the subject matter of this action and over all parties to this action, and having read and considered the Offer of Judgment, Notice of Acceptance, proposed Stipulated Permanent Injunction, and all papers filed and proceedings had herein; and for good cause appearing;

**THE COURT** hereby finds as follows:

1. Plaintiff has filed a complaint under the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"), seeking damages and injunctive relief. Plaintiff asserted a putative class action on behalf of herself and all others to whose cellular telephone number Defendants placed a telephone call without first obtaining prior express written consent;

2. Defendant consents to the entry of this Stipulated Permanent Injunction without admitting any liability or admitting any allegations in the complaint;

3. Defendant consents to the entry of this Stipulated Permanent Injunction without admitting that grounds exist for the imposition of an injunction; and

4.Defendant consents to the entry of this Stipulated Permanent Injunction without further notice, and agrees that this Court shall retain jurisdiction over it for the purpose of implementing and enforcing this injunction.

**IT IS** on this _____ day of _____ 2016

**ORDERED, ADJUDGED AND DECREED** as follows:

1.Defendant agrees to an injunction barring it from using automated telephone equipment to making telephone calls to cellular phones in violation of the TCPA;

2.Defendant is not prohibited from making telephone calls by automated telephone equipment to any person who has given his or her prior express written consent to receive calls or as otherwise permitted by the TCPA; and

3.The Court shall retain jurisdiction over this action for purposes of implementing and enforcing this Stipulated Permanent Injunction.

_____
HON. PETER G. SHERIDAN, U.S.D.J.