

## ANSELL GRIMM & AARON PC
### COUNSELORS AT LAW

365 RIFLE CAMP ROAD
WOODLAND PARK, NEW JERSEY 07424
973-247-9000
973-247-9199 (FAX)

1500 LAWRENCE AVENUE
CN7807
OCEAN, NEW JERSEY 07712
732-922-1000
732-922-6161 (FAX)

214 CARNEGIE CENTER
SUITE 112
PRINCETON, NEW JERSEY 08540
609-751-5551

140 GRAND STREET
SUITE 501
WHITE PLAINS, NEW YORK 10601
800-569-3886

41 UNIVERSITY DRIVE
SUITE 400
NEWTOWN, PENNSYLVANIA 18940
267-757-8792

www.ansellgrimm.com

RICHARD B. ANSELL†
PETER S. FALVO, JR.
JAMES G. AARON
PETER B. GRIMM
MITCHELL J. ANSELL
BRIAN E. ANSELL‡
ALLISON ANSELL RYAN◆†
MICHAEL V. BENEDETTO
DAVID B. ZOLOTOROFE
DONNA L. MAUL◆
RICK BRODSKY◆
LAWRENCE H. SHAPIRO◆□
ROBERT A. HONECKER, JR.□§
JENNIFER S. KRIMKO
FREDERICK C. RAFFETTO~
JOSHUA S. BAUCHNER◆
DAVID J. BYRNE□
EDWARD J. AHEARN

JASON S. KLEIN◆
MELANIE J. SCROBLE
BARRY M. CAPP◆△
DOUGLAS A. DAVIE◆
GREG S. GARGULINSKI◆
MARK M. WIECHNIK
ELYSA D. BERGENFELD
RICHARD B. LINDERMAN□
KRISTINE M. BERGMAN□
JAY B. FELDMAN◆
BREANNE M. DeRAPS*
JESSICA T. ZOLOTOROFE
MICHAEL H. ANSELL◆
TARA K. WALSH◆
ELLIOT S. SOLOP◆
NICOLE D. MILLER□

COUNSEL
STACEY R. PATTERSON◆
JAMES A. SYLVESTER
PAMELA A. MULLIGAN
HON. RAYMOND A. HAYSER, J.T.C. (RET)
LISA GOLDWASSER◆

RETIRED
DAVID K. ANSELL†
ROBERT I. ANSELL

IN MEMORIAM:
LEON ANSCHELEWITZ (1929-1986)
MAX M. BARR (1929-1993)
MILTON M. ABRAMOFF (1935-2004)

LICENSED ALSO IN:
△ D.C. ◇ MA ◆ N.Y. ★ WA
□ PA ~ FL

† FELLOW, AMERICAN ACADEMY OF MATRIMONIAL LAWYERS

‡ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY

§ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY

● CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A MATRIMONIAL LAW ATTORNEY

**Reply to: Woodland Park**
**Direct Dial: (973) 925-7341**
**Direct Fax: (973) 247-9199**
**E-mail: jb@ansellgrimm.com**

July 13, 2016

**Via ECF**

Honorable Peter G. Sheridan, U.S.D.J.
U.S. District Court
District of New Jersey
Clarkson S. Fisher Building
 & US Courthouse
402 East State Street

    Re:    *Noreen Sussino v. Work Out World, Inc.*
           Civil Action No.: 3:15-cv-05881(PGS)(TJB)

Dear Judge Sheridan:

    This firm is counsel to Defendant, Work Out World, Inc. ("WOW") in connection with the above-referenced matter. Further to Your Chamber's direction, we again enclose herein a Final Judgment and Stipulated Permanent Injunction for consideration and execution by Your Honor. These are submitted in accord with binding precedent from the United States Supreme Court requiring that Defendant must both extend an offer and tender payment to comply with Fed. R. Civ. P. 68. *See Campbell-Ewald Co. v. Gomez*, 136 S. Ct. 663 (2016); *Genesis Healthcare Corp. v. Symczyk*, 133 S. Ct. 1523 (2013). Pursuant to the Local Rules, the enclosed Orders also are required to permit Defendant to deposit the funds with the Court.

    We are available to discuss this, or any other matter, at the Court's convenience.

                            Respectfully submitted,

                            Joshua S. Bauchner

JSB/cs
Enclosures
cc:    Ari H. Marcus, Esq. (via ECF)