UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOREEN SUSINNO,<br><br>*Plaintiff,*<br><br>v.<br><br>WORK OUT WORLD, INC.,<br><br>*Defendant.* | Civil Action No.: 15-cv-5881 (PGS)(TJB)<br><br>**ORDER** |

THIS MATTER having been presented to the Court upon the motion of Defendant Work Out World, Inc. to dismiss the Complaint pursuant to FED. R. CIV. P. 12(b)(1) [ECF No. 19]; and after considering the submissions of the parties, for the reasons stated on the record on August 1, 2016, and for good cause shown:

IT IS on this 1st day of August, 2016, hereby

**ORDERED** that Defendant's motion to dismiss [ECF No. 19] is GRANTED with prejudice; and it is further

**ORDERED** that the Clerk is directed to close this matter.

_____
PETER G. SHERIDAN, U.S.D.J.