UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOREEN SUSINNO, individually and on behalf of all others similarly situated<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>WORK OUT WORLD, INC. and JOHN DOES 1-25,<br><br>　　　　　　　　　Defendant. | Civil Action No. 3:15-cv-5881-PGS-TJB<br><br>**<u>NOTICE OF APPEAL</u>** |

　　　　PLEASE TAKE NOTICE that Noreen Susinno, the Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the August 1, 2016 Order of the Honorable Peter G. Sheridan, U.S.D.J., Granting Defendant's Motion to Dismiss the Complaint With Prejudice (ECF. No. 26) entered on August 1, 2016.

Dated: August 1, 2016

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　<u>/s/ Yitzchak Zelman, Esq.</u>
　　　　　　　　　　　　　　　　　　　　　　　Yitzchak Zelman, Esq.
　　　　　　　　　　　　　　　　　　　　　　　MARCUS & ZELMAN
　　　　　　　　　　　　　　　　　　　　　　　1500 Allaire Avenue, Suite 101
　　　　　　　　　　　　　　　　　　　　　　　Ocean, New Jersey 07712
　　　　　　　　　　　　　　　　　　　　　　　Tel: (732) 695-3282
　　　　　　　　　　　　　　　　　　　　　　　Fax: (732) 298-6256
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOREEN SUSINNO, individually and on behalf of all others similarly situated<br><br>                              Plaintiff,<br><br>                    vs.<br><br>WORK OUT WORLD, INC. and JOHN DOES 1-25,<br><br>                              Defendant. | Civil Action No. 3:15-cv-5881-PGS-TJB |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 1, 2016 a copy of the

   1) Notice of Appeal

was served upon the following counsel via ECF:

Joshua S. Bauchner, Esq..
Ansell Grimm & Aaron, P.C.
365 Rifle Camp Road
Woodland Park, New Jersey 07424

**MARCUS ZELMAN, LLC**

By:__/s/ Yitzchak Zelman_____
Yitzchak Zelman, Esq. (YZ5857)
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712
Phone:       (732) 695-3282
Fax:             (732) 298-6256