# THE KELLY FIRM, P.C.
## Attorneys At Law

Andrew J. Kelly *+
Chryssa Yaccarino *
Travis R. Graga *+
Peter L. Schenke *
---------------------------
Bunce D. Atkinson, *Of Counsel* *
---------------------------
*+ Member N.J. & N.Y. Bars
* Member N.J. Bar

Coast Capital Building
1011 Highway 71, Suite 200
Spring Lake, New Jersey 07762-2030
(732) 449-0525
Telecopier (732) 449-0592

June 2, 2021

*[Handwritten: This matter is administratively terminated until such time as the Bankruptcy Stay is vacated. Any party may object to this Order within 14 days.]*

**SO ORDERED:** /s/ Peter Sheridan
**DATED:** 6/16/21

**Via ECF**
The Honorable Tonianne J. Bongiovanni, U.S.M.J.
U.S. District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: **NOREEN SUSINNO v. WORK OUT WORLD, INC. et al**
    **CASE #: 3:15-cv-05881-PGS-TJB**

Dear Judge Bongiovanni:

Please be advised that this office represents WOW V, LLC in connection with a Chapter 11 bankruptcy case filed on June 2, 2021 in the United States Bankruptcy Court for the District of New Jersey, Trenton Vicinage. The Chapter 11 case was assigned Case No. 21-14606. A copy of the notice of electronic filing is enclosed. Accordingly, any and all collection efforts, lawsuits, telephone calls, etc. to WOW V, LLC are automatically stayed as of June 2, 2021 by operation of 11 U.S.C. §362. The Automatic Stay applies to the above captioned lawsuit pending in the United States District Court for the District of New Jersey.

If you have any questions, please feel free to have Your Chambers contact me directly.

Respectfully submitted,

*/s/ Andrew J. Kelly*
**ANDREW J. KELLY**

AJK/wks
Encl.

cc: WOW V, LLC
Joshua S. Bauchner, Esq., via email to jb@ansellgrimm.com
Ari Hillel Marcus, Esq., via email to ari@marcuszelman.com
Yitzchak Zelman, Esq., via email to yzelman@marcuszelman.com

| | |
|---|---|
| **From:** | cmecf_help_desk@njb.uscourts.gov |
| **To:** | no-reply@njb.uscourts.gov |
| **Subject:** | Ch-11 21-14606 Voluntary Petition (Chapter 11) - WOW V, LLC |
| **Date:** | Wednesday, June 02, 2021 5:29:23 PM |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

## District of New Jersey

Notice of Bankruptcy Case Filing

The following transaction was received from Andrew J. Kelly entered on 6/2/2021 at 5:28 PM EDT and filed on 6/2/2021
**Case Name:**        WOW V, LLC
**Case Number:**      21-14606
**Document Number:** 1

**Docket Text:**
Chapter 11 Voluntary Petition Filed by Andrew J. Kelly on behalf of WOW V, LLC. Chapter 11 Debtors Exclusive Right to File a Plan Expires on 09/30/2021. (Kelly, Andrew)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 6-2-21, WOW V, LLC, Emergent Petition.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1002741850 [Date=6/2/2021] [FileNumber=58257806-0
] [53a082313b2a77a0110adac213262b0e53ff33ae13bf8bf276b2076623e2837afb0
9cbfaeb9d4484b07e97748a3bb9765da762c9b75fd15fd4a8995ddb258e64]]

**21-14606 Notice will be electronically mailed to:**

Andrew J. Kelly on behalf of Debtor WOW V, LLC
akelly@kbtlaw.com,
wsheridan@kbtlaw.com;saudino@kbtlaw.com;tgraga@kbtlaw.com;pschenke@kbtlaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

**21-14606 Notice will not be electronically mailed to:**